Douglas Han (Cal. State Bar No. 232858)
dhan@justicelawcorp.com
**JUSTICE LAW CORPORATION**
410 Arden Avenue, Suite 206
Glendale, California 91203
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

Edwin Aiwazian (Cal. State Bar No. 232943)
edwin@lfjpc.com
Arby Aiwazian (Cal. State Bar No. 269827)
arby@lfjpc.com
Jill J. Parker (Cal. State Bar No. 274230)
jill@lfjpc.com
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff Adrian Turner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN TURNER; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN INTERNATIONAL PARKING SERVICES, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:15-cv-03495-SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**STIPULATION TO REMAND CASE TO THE SUPERIOR COURT FOR THE COUNTY OF ALAMEDA AND [PROPOSED] ORDER**<br><br>Complaint Filed: June 11, 2015 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Adrian Turner ("Plaintiff"), by and through his counsel of record, and Defendant Corinthian International Parking Services, Inc. ("Defendant"), by and through its counsel of record, as follows:

**WHEREAS**, on June 11, 2015, Plaintiff individually, and on behalf of other members of the public similarly situated, filed a wage and hour class action lawsuit in the Superior Court of California, County of Alameda against Defendant, in which he sought to certify a class of all current and former hourly-paid or non-exempt California-based employees who were employed by Defendant within the State of California at any time during the period from June 11, 2011 to final judgment;

**WHEREAS**, on or about July 24, 2015 Plaintiff and Defendant entered into a Stipulation to transfer action from Alameda County to Santa Clara County Superior Court. The Stipulation and Proposed Order was filed with the Alameda Superior Court on July 24, 2015. The Order was signed by the Alameda Superior Court on July 29, 2015.

**WHEREAS**, on July 29, 2015, Defendant removed this action from the Alameda County Superior Court to the United States District Court for the Northern District of California based on the assumption that the proposed class included individuals that were not citizens of California, and as a result, the minimal diversity requirement of the Class Action Fairness Act of 2005 was satisfied;

**WHEREAS**, on August 14, 2015, Plaintiff filed a motion to remand in which he argued that the proposed class is limited to citizens of California, and as a result, the minimal diversity requirement of CAFA was not satisfied;

**WHEREAS**, on December 3, 2015, the Court denied Plaintiff's motion to remand without prejudice, and granted Plaintiff leave to amend his complaint for the express purpose of clarifying the putative class definition;

WHEREAS, on December 15, 2015, Plaintiff filed his First Amended Class Action Complaint for Damages, in which he defined the proposed class as all current and former hourly-paid or non-exempt individuals who were employed by Defendants within the State of California at any time during the period from June 11, 2011 to final judgment and who currently reside in California;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective attorneys of record, subject to an order of the Court, that this action be remanded to the Superior Court for the County of Alameda, then immediately transferred to Superior Court for the County of Santa Clara in accordance with the Order dated July 29, 2015.

Dated: January 4, 2016          **LAWYERS *for* JUSTICE, PC**

By: /s/ Jill J. Parker
    Jill J. Parker
    *Attorneys for* Plaintiff Adrian Turner

Dated: January 4, 2016          **BERLINER COHEN, LLP**

By: /s/ Susan E. Bishop
    Susan E. Bishop
    *Attorneys for* Defendant International Parking Services, Inc.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that this action is remanded to the Superior Court for the County of Alameda, then the Superior Court of Santa Clara.

**IT IS SO ORDERED.**

Dated: 1/6/2016

*/s/ Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
Judge of the U.S. District Court